# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **IN RE:** | |
| SCOTT M. TALLYN | Case No.  19-80062 |
| | Chapter 7 |
| DEBTOR(S), | Judge Thomas L. Perkins |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** PNC Bank, National Association (hereinafter "Movant"), by and through its attorneys, **CODILIS & ASSOCIATES, P.C.**, and moves this Honorable Court for an Order granting relief from the automatic stay of this proceeding and in support thereof respectfully represents as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334;

2. The Debtor is indebted to this Movant for which the movant claims a valid security interest in the property commonly known as 4142 W Tangleoaks Ct, Peoria, IL 61615;

3. This security interest arose from a Note and Mortgage, executed on 4/3/2013, in the amount of $340,000.00;

4. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 1/15/19;

5. This Movant is entitled to relief from the automatic stay under 11 U.S.C. 362(d) for the following reasons:

   a. The Debtor is in default in the performance of the terms and conditions of said Note and Mortgage;

  b. As of 02/25/2019, the Debtor(s) is/are contractually due for the 12/1/18 payment and all amounts coming due since that date. Any payments received after this date may not be reflected in this default;

  c. As of 02/25/2019, the estimated default through and including 2/1/19 is $9,296.51, which includes attorney fees and costs in the amount of $931.00. Any payments received after this date may not be reflected in this default;

  d. As of 02/25/2019, the estimated payoff amount is $300,922.64. The estimated fair market value of the property is $375,000.00, per Price Opinion based on comparables.;

  e. The cost of selling the property, as outlined below:

Fair Market Value: $375,000.00

Less Lien Payoff and Cost of Sale:
 Estimated Payoff: $300,922.64
 Payoff of Other Liens: $14,718.00
 Broker's Commission (6% of FMV): $23,940.00
 Other Closing Costs (estimated): $2,000.00

Net Proceeds of Sale: $33,419.36
(assuming no capital gains need to be paid)

(Please note: From these proceeds, Debtor(s) would be entitled to be paid $15,000.00 representing the homestead exemption)

6. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding which have been included in the calculation of any default figures quoted herein including:

  $750.00 for Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same

  $181.00 for Court filing fee

7. Pursuant to Debtor's filed Statement of Intention, the property known as 4142 W Tangleoaks Ct, Peoria, IL 61615 is to be surrendered;

8. The Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

**WHEREFORE,** PNC BANK, NATIONAL ASSOCIATION, its principals, agents, successors and/or assigns prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) granting relief from the automatic stay of this proceeding, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated March 25, 2019.

Respectfully Submitted,

By: /s/ Rachael A. Stokas

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Laura A. Hrisko ARDC#6230993
Brenda Ann Likavec ARDC#6330036
MaryAnn G. Black #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C & A FILE (14-19-01060)**

NOTE: This law firm is a debt collector.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

**IN RE:**

SCOTT M. TALLYN

DEBTOR(S),

Case No.  19-80062

Chapter 7

Judge Thomas L. Perkins

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certify that I served a copy of the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on  March 25, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on  March 25, 2019.

Nina R Gougis , Interim Trustee, PO Box 5693 , Peoria, IL 61601 by electronic notice through ECF
Scott M. Tallyn, Debtor(s), 4142 W. Tangleoaks Court, Peoria, IL 61615
Sumner Bourne, Attorney for Debtor(s), 411 Hamilton Blvd. #1600, Peoria, IL 61602 by electronic notice through ECF
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

  /s/ Rachael A. Stokas
Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Laura A. Hrisko ARDC#6230993
Brenda Ann Likavec ARDC#6330036
MaryAnn G. Black #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE NO. (14-19-01060)**

NOTE: This law firm is a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

IN RE:

SCOTT M. TALLYN | Chapter 7

DEBTOR(S), | Case No. 19-80062

**SUMMARY OF EXHIBITS**

The following exhibit(s) pertain to the Motion for Relief from the Automatic Stay filed by PNC BANK, NATIONAL ASSOCIATION on March 25, 2019:

1. Note / Mortgage or relevant excerpts.

   /s/ Rachael A. Stokas
Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Laura A. Hrisko ARDC#6230993
Brenda Ann Likavec ARDC#6330036
MaryAnn G. Black #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of all exhibits listed below, were transmitted via electronic filing and provided electronically by the Bankruptcy Court to the Trustee and Debtor's attorney on March 25, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on March 25, 2019.

Nina R Gougis , Interim Trustee, PO Box 5693 , Peoria, IL 61601 by electronic notice through ECF
Scott M. Tallyn, Debtor(s), 4142 W. Tangleoaks Court, Peoria, IL 61615
Sumner Bourne, Attorney for Debtor(s), 411 Hamilton Blvd. #1600, Peoria, IL 61602 by electronic notice through ECF
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

   /s/ Rachael A. Stokas